IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00172-REB-MJW

MARIO A. FLORES,

Plaintiff(s),

v.

LITHIA FOOTHILLS CHRYSLER, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Withdraw of Appearance of Timothy M. Murphy, #35097 As Counsel of Record, DN 23, filed with the Court on September 14, 2007, is GRANTED. Mr. Murphy is permitted to withdraw as counsel for Defendant.

Date: September 18, 2007