IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00172-REB-MJW

MARIO A. FLORES,

    Plaintiff

v.

LITHIA FOOTHILLS CHRYSLER, INC., a Colorado corporation, d/b/a Lithia Chrysler Jeep Dodge of Fort Collins,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice of Plaintiff Mario Flores' Claims Against Defendant Lithia Foothills Chrysler, Inc., d/b/a Lithia Chrysler Jeep Dodge of Fort Collins** [#34], filed February 7, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of Plaintiff Mario Flores' Claims Against Defendant Lithia Foothills Chrysler, Inc., d/b/a Lithia Chrysler Jeep Dodge of Fort Collins** [#34], filed February 7, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for March 28, 2008, is **VACATED**;

3. That the jury trial set to commence April 14, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**